George Gabel, Respondent, v. Hastings Homes Company, Appellant.—
Judgment reversed, and proceedings remitted to the Special Term for
further action, costs to abide the event, upon the ground that the final
judgment was more favorable to the plaintiff than he was entitled
to under his complaint, and that the stipulation was improperly
received in evidence.    Jenks, P. J., Burr, Carr, Rich and Stapleton,
JJ., concurred.

The Nelson Company, Respondent, v. Isaac Silver and Others, Appel-
lants.— Motion for reargument denied, with ten dollars costs.    Present—
Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ..

Georgina J. Allen, Appellant, v. Maria J. De Marrais and John Hatton,
Individually and as Executors, etc., and Others, Respondents, Impleaded
with Gladys Johnson and Helen Johnson, Appellants.— Orders affirmed,
with costs.    No opinion.    Jenks, P. J., Burr, Thomas, Rich and Staple-
ton, JJ., concurred.